**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAYNE MAUPIN, individually and as successor-in-interest to decedent NYCHOLAS PARRAZ,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF TULARE, a governmental entity, on its own behalf and on behalf of its departments, including but not limited to CHILD WELFARE SERVICES and TULARE COUNTY SHERIFF'S OFFICE;  ESTEFANIA PADILLA, an individual; MAGGIE PRUNEDA, an individual; TERESA GONZALEZ, an individual; JALYN E. ANDRADE, an individual; MATTHEW ASKEW, an individual; LUKE HAMILTON, an individual; MATTHEW RASCON, an individual; JOSEPH RODRIGUEZ, an individual; RYAN CORUM, an individual; DESMOND GOREE, an individual; and ROBBY HEBRARD, an individual; and DOES 1-50, Inclusive,<br><br>             Defendants. | Case No.   1:23-cv-01274-JLT-SAB<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND ACTION TO TULARE COUNTY SUPERIOR COURT**<br><br>Hon. Magistrate Judge Stanley A. Boone |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO TULARE COUNTY SUPERIOR COURT

1   This matter has come before the Court on the parties' Stipulation for Remand to State Court
2 based upon Plaintiff's dismissal of all federal causes of action. Having considered the parties'
3 stipulation, and good cause appearing therefor, the Court hereby orders as follows:

4   The above-captioned matter is hereby remanded to the Superior Court of the State of California,
5 County of Tulare. Defendants answer to the First Amended Complaint shall be due thirty (30) days
6 from the date of service in the Tulare County Superior Court.

IT IS SO ORDERED.

Dated:   **September 20, 2023**



UNITED STATES DISTRICT JUDGE

-2-

[P<span style="font-variant:small-caps">roposed</span>] O<span style="font-variant:small-caps">rder</span> G<span style="font-variant:small-caps">ranting</span> J<span style="font-variant:small-caps">oint stipulation to</span> R<span style="font-variant:small-caps">emand action to tulare county superior court</span>